IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ZAK SHAIK, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | No. 3:24-cv-01939-O-BT |
| | § | |
| LAUNCH WISE LLC, et al., | § | |
| | § | |
| Defendants. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The Court has under consideration the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, dated September 21, 2026 (ECF No. 17). Objections were filed. The Court reviewed the Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED,** this 6th day of October, 2026.

REED O'CONNOR
CHIEF UNITED STATES DISTRICT JUDGE